# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| V. | : | 3:-CR-22-303 |
| | : | |
| JEFFREY VAUGHN | : | (ELECTRONICALLY FILED) |

## MOTION FOR CONTINUANCE OF TRIAL DATE

AND NOW comes the Defendant, Jeffrey Vaughn by and through his attorney, Paul J. Walker, Esq., who files this Motion for Continuance of Arraignment and Plea hearing averring as follows:

1. Defendant is scheduled to Appear before this Honorable Court on January 12, 2023 for an Arraignment and Plea Hearing.
2. Counsel for Defendant has a medical condition which prevents him from appearing in this matter.
3. AUSA Jeffrey St John concurs with this request.

WHEREFORE, the Defendant respectfully requests this matter be continued.

Respectfully Submitted,

/s/ PAUL J. WALKER
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | 3:-CR-22-303 |
| | : | |
| JEFFREY VAUGHAN | : | (ELECTRONICALLY FILED) |

## CERTIFICATE OF CONCURRENCE

I, Attorney Paul J. Walker hereby certify that on January 11, 2022, I spoke to the United States Attorney, Jeffrey Vaughn, who indicated that he concurred in Defendant's request for the attached continuance.

Respectfully Submitted,

/s/ Paul J.Walker, Esq.

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | 3:-CR-22-303 |
| | : | |
| JEFFREY VAUGHN | : | (ELECTRONICALLY FILED) |

## CERTIFICATE OF SERVICE

I, Attorney PAUL J. WALKER hereby certify that on October 11, [[ I served a copy of the foregoing on the United States Attorney's Office via first ECF.

Respectfully Submitted,

/s/ PAUL J. WALKER

# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | 3:1-CR-22-303 |
| | : | |
| JEFFREY VAUGHN | : | (ELECTRONICALLY FILED) |

## ORDER

AND NOW, on this _____ day of _____, 2023, Defendant's Motion for Continuance is hereby GRANTED AND hereby rescheduled for the _____ day of _____, 2023, at _____m.

_____
J.