THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : 3:22-CR-303 |
| | : (JUDGE MARIANI) |
| JEFFREY VAUGHAN, | : |
| Defendant | : |

## ORDER

**AND NOW, THIS 11TH DAY OF JANUARY, 2023,** upon consideration of Defendant's Motion for Continuance of Arraignment and Plea (Doc. 6), **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion (Doc. 6) is **GRANTED**.

2. The Arraignment and Change of Plea hearing for Defendant Jeffrey Vaughan, scheduled to be held on January 12, 2023, is **RESCHEDULED** and shall be held on **Friday, January 20, 2023, at 11:00 a.m.** in the William J. Nealon Federal Building, Scranton, Pa., in a courtroom to be designated by the Clerk of Court.

_____
Robert D. Mariani
United States District Judge